1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MYLVIN OTIS LEWIS,                      No.  2:14-cv-2643 JAM CKD P

12              Petitioner,

13       v.                                  FINDINGS AND RECOMMENDATIONS

14   J. LIZARRAGA,

15              Respondent.

16

17       By an order filed November 18, 2014 petitioner was ordered to file a request to proceed in

18   forma pauperis, or pay the filing fee, within thirty days.  The thirty day period has now expired,

19   and petitioner has not complied with the court's order.  Accordingly, IT IS HEREBY

20   RECOMMENDED that this action be dismissed without prejudice.

21       These findings and recommendations are submitted to the United States District Judge

22   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

23   after being served with these findings and recommendations, petitioner may file written

24   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

26   /////

27   /////

28   /////

                                          1

1   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2   F.2d 1153 (9th Cir. 1991).

3   Dated:  January 5, 2015

4   _____
    CAROLYN K. DELANEY

5   UNITED STATES MAGISTRATE JUDGE

6

7

8   1
    lewi2643.fifp
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2